1  Peter Kristofer Strojnik, SBN 242728
   pstrojnik@strojniklaw.com
2  Esplanade Center III, Suite 700
3  2415 East Camelback Road
   Phoenix, Arizona 85016
4  Telephone:  (415) 450-0100

5
   Attorneys for Plaintiff
6  THERESA BROOKE

7                  UNITED STATES DISTRICT COURT
8
                   CENTRAL DISTRICT OF CALIFORNIA
9

| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 2:23-cv-2451 |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| SUNWORLD DYNASTY US HOLDINGS LLC, | |
| Defendants. | |

Please take notice that the case has settled.

DATED this 17th day of March, 2023.

/s/ Peter Kristofer Strojnik
Peter Kristofer Strojnik (242728)
Attorneys for Plaintiff